Decided April 22, 1996

## PRESIDENTIAL CAPITAL CORPORATION *v.* ANTONIO REALE

Joseph Reale and Nella Reale's petition for certification for appeal from the Appellate Court (AC 15477) is granted, limited to the following issue:

"If, in postjudgment proceedings, a judgment creditor seeks to examine nonparties to discover undisclosed assets of its judgment debtor, must an appeal by the nonparties from a trial court order denying their motions from protective orders be dismissed for lack of a final judgment?"

The Supreme Court docket number is SC 15406.

*Peter B. Rustin*, in support of the petition.

*Julia B. Morris*, in opposition.

Decided April 22, 1996